James D. Rosen
Ilene Schafer
Frank N. DiMeo, Jr.*
Howard A. Rosen*

William P. Fedullo
*Counsel to the Firm*

*Licensed in PA and NJ

# Rosen, Schafer & DiMeo LLP
A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA

THE NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
EIGHTH FLOOR
PHILADELPHIA, PA 19107

rosenschaferdimeo.com

wfedullo@aol.com.com
215.864.9440 x222 (voice)
215.864.9617 (fax)

October 1, 2009

FAX#: (609) 989-0515

The Honorable Peter G. Sheridan
United States District Judge
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, NJ 07101

RE: **CHARLES LEACH V. RICHARD A. SWELLER & ALICE M. SWELLER**
**U.S.D.C. OF NEW JERSEY 2:07-CV-06092PGS-ES**

Dear Judge Sheridan:

Both counsel for Plaintiff, William P. Fedullo, Esquire and counsel for Defendant, James T. Gill, Esquire have on this date spoken with Magistrate Salas regarding the need for extra time for defense's response to plaintiff's economic report. Both sides agree that defendant should have the opportunity to respond to plaintiff's economic report. Please accept this letter as a request for a two-week adjournment of the trial which is currently scheduled for October 19, 2009. Magistrate Salas has agreed to move the date for Pre-Trial Order to October 8, 2009, if Your Honor would kindly adjourn the trial for two weeks.

Respectfully submitted:

WILLIAM P. FEDULLO

AND

JAMES T. GILL

WPF/jf

*[handwritten: Status Conference 10/19/09 at 10:30 A.M.]*
*[handwritten: SO ORDERED: /s/ Peter G. Sheridan]*
*[handwritten: DATED: 10/1/09]*

| PHILADELPHIA | READING | WOODBURY |
| PENNSYLVANIA | | NEW JERSEY |